Benjamin Rankin (Cal. Bar No. 352371)
Ryan Maher (*Pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Ste. 1300
Washington, D.C. 20005
Phone: 202-849-8402
Email: brankin@biologicaldiversity.org

Jonathan Evans (Cal. Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
2l00 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 213-598-1466
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 598-9737
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH, <br><br> Plaintiffs, <br> v. <br><br> LEE ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency, <br><br> Defendant. | Case No. 4:25-cv-03143-HSG <br><br> **SECOND STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE** |

Pursuant to Civil L.R. 6-1(a), Plaintiffs, the Center for Biological Diversity and Center for Environmental Health, and Defendant, Lee Zeldin in his official capacity as Administrator, United States Environmental Protection Agency, stipulate to extend the responsive pleading deadline in this case to October 7, 2025.  The current responsive pleading deadline is August 26, 2025.

The Parties have reached a tentative agreement on a proposed consent decree that would resolve all issues remaining in this matter other than the claim for costs of litigation, including attorneys' fees.  The proposed consent decree must undergo the notice and comment requirements at 42 U.S.C. § 7413(g), which includes publication in the Federal Register and a 30-day public comment period on the proposed consent decree.

The Parties believe it would secure the just, speedy, and inexpensive determination of this action to allow the Parties time to complete this process, which could obviate the need to file a responsive pleading in this case.  *See* Fed. R. Civ. P. 1.  Therefore, the Parties stipulate to extend the responsive pleading deadline to October 7, 2025.

Respectfully submitted,

Dated: August 25, 2025

/s/ *Benjamin Rankin* (with permission)

BENJAMIN T. RANKIN
Center for Biological Diversity

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

Dated: August 25, 2025

/s/ *David Mitchell*

DAVID D. MITCHELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

*Counsel for Defendant*

**FILING ATTESTATION**

I attest that the signing counsel for Plaintiffs concurs in filing this document.

Dated: August 25, 2025                /s/ David Mitchell
                                      DAVID D. MITCHELL
                                      United States Department of Justice
                                      Environment & Natural Resources Division
                                      Environmental Defense Section