ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 598-9737
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>Plaintiffs,<br>v.<br><br>LEE ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:25-cv-03143-HSG<br><br>**Motion to Stay Case** |

Defendant respectfully moves for a stay of this case. Plaintiffs do not oppose this motion. The Parties request that this motion be decided without a hearing.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including

"emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, counsel will notify the Court as soon as Congress has appropriated funds for the Department. Defendant requests that, at that point, Defendant's responsive pleading currently due on November 7, 2025, be due 21 days after funding is restored; the motion to enter a proposed consent decree or status report currently due on November 14, 2025, be due 14 days after funding is restored; and the November 18, 2025, case management conference be rescheduled for the first date available to the Court and Parties and amendable to the Court.

5. Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendant moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

Dated: October 29, 2025

/s/ *David Mitchell*
DAVID D. MITCHELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>    Plaintiffs,<br><br>v.<br><br>LEE ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>    Defendant. | Case No. 4:25-cv-03143-HSG<br><br>**PROPOSED ORDER** |

Based on Defendant's October 29, 2025, motion and for good cause shown, this case is stayed. Counsel for Defendant shall file a notice with this Court as soon as Congress has appropriated funds for the U.S. Department of Justice.

Defendant's responsive pleading currently due on November 7, 2025, will be due 21 days after Congress restores funding; the motion to enter a proposed consent decree or status report currently due on November 14, 2025, will be due 14 days after funding is restored; and the November 18, 2025, case management conference will be rescheduled at that time.

**IT IS SO ORDERED**.

_____
HAYWOOD S. GILLIAM JR.
United States District Judge

1