UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>    Plaintiffs,<br><br>v.<br><br>LEE ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>    Defendant. | Case No. 4:25-cv-03143-HSG<br><br>**ORDER** |

Based on Defendant's October 29, 2025, motion and for good cause shown, this case is stayed. Counsel for Defendant shall file a notice with this Court as soon as Congress has appropriated funds for the U.S. Department of Justice.

Defendant's responsive pleading currently due on November 7, 2025, will be due 21 days after Congress restores funding; the motion to enter a proposed consent decree or status report currently due on November 14, 2025, will be due 14 days after funding is restored; and the November 18, 2025, case management conference will be rescheduled at that time.

**IT IS SO ORDERED**.

Dated: 10/29/2025

HAYWOOD S. GILLIAM JR.
United States District Judge