Benjamin Rankin (Cal. Bar No. 352371)
Ryan Maher (*Pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Ste. 1300
Washington, D.C. 20005
Phone: 202-849-8402
Email: brankin@biologicaldiversity.org

Jonathan Evans (Cal. Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
2l00 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 213-598-1466
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 598-9737
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>            Plaintiffs,<br>    v.<br><br>LEE ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>            Defendant. | Case No. 4:25-cv-03143-HSG<br><br>**JOINT STIPULATION AND ORDER** |

    Pursuant to Civil L.R. 6-1(b), Defendant Lee Zeldin, in his official capacity as the

Administrator of the United States Environmental Protection Agency ("EPA"), and the Center

for Biological Diversity and the Center for Environmental Health ("Plaintiffs"), stipulate to and request that the Court enter an order extending the deadline for Plaintiffs to file a bill of costs and a motion for costs of litigation until May 19, 2026. In support of this stipulation, the parties state as follows:

1.  On November 20, 2025, the Court entered an order resolving the substantive claims in this case. Dkt. No. 35. However, the order did not resolve Plaintiffs' claim for costs of litigation. The order extended the deadline for filing a bill of costs and a motion for costs of litigation until ninety days after entry of the order, i.e., until February 18, 2026.

2.  Plaintiffs have provided an offer to informally resolve their claim for costs of litigation, including attorneys' fees, but the parties have not yet completed discussions regarding Plaintiffs' claim. The parties believe that additional time may help to resolve this issue.

3.  Therefore, the parties stipulate to extend the deadline to file a bill of costs and a motion for costs of litigation (including attorneys' fees) for an additional 90 days, up to and including May 19, 2026.

Wherefore, the parties stipulate to and request that the Court enter an order extending the deadline for Plaintiffs to file a bill of costs and a motion for costs of litigation to May 19, 2026.

Respectfully submitted,

Dated: February 11, 2026          /s/ Benjamin Rankin
                                  BENJAMIN T. RANKIN
                                  Center for Biological Diversity

                                  Counsel for Plaintiffs

                                  ADAM R.F. GUSTAFSON
                                  Acting Assistant Attorney General

Dated: February 11, 2026          /s/ David Mitchell (with permission)
                                  DAVID D. MITCHELL
                                  United States Department of Justice
                                  Environment and Natural Resources Division
                                  Environmental Defense Section

                                  Counsel for Defendant

**FILING ATTESTATION**

I attest that the signing counsel for Defendant concurs in filing this document.

Dated: February 11, 2026    /s/ Benjamin Rankin
                            BENJAMIN T. RANKIN
                            Center for Biological Diversity

**ORDER**

Under stipulation of the Parties and for good cause shown, the February 18, 2026, deadline for Plaintiffs to file a bill of costs and a motion for costs of litigation is hereby extended until May 19, 2026.

**IT IS SO ORDERED**.

HAYWOOD S. GILLIAM JR.
United States District Judge