Benjamin Rankin (Cal. Bar No. 352371)
Ryan Maher (*Pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Ste. 1300
Washington, D.C. 20005
Phone: 202-849-8402
Email: brankin@biologicaldiversity.org

Jonathan Evans (Cal. Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
2l00 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 213-598-1466
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

DAVID D. MITCHELL (IL Bar No. 6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 598-9737
Fax: (202) 514-8865
E-mail: david.mitchell@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>             Plaintiffs,<br>v.<br><br>LEE ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>             Defendant. | Case No. 4:25-cv-03143-HSG<br><br>**JOINT STIPULATION AND ORDER** |

Pursuant to Civil L.R. 6-1(b), Defendant Lee Zeldin, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA"), and the Center for Biological Diversity and the Center for Environmental Health ("Plaintiffs"), stipulate to and request that the Court enter an order extending the deadline for Plaintiffs to file a motion for costs of litigation until August 17, 2026. In support of this stipulation, the parties state as follows:

1.      On November 20, 2025, the Court entered an order resolving the substantive claims in this case. Dkt. No. 35. However, the order did not resolve Plaintiffs' claim for costs of litigation. The order extended the deadline for filing a motion for costs of litigation until ninety days after entry of the order, i.e., until February 18, 2026.

2.      On February 12, 2026, the Court entered an order extending the deadline for filing a motion for costs of litigation until May 19, 2026. Dkt. No. 37.

3.      The parties have reached an agreement to informally resolve Plaintiffs' claim for costs of litigation, including attorneys' fees, but the parties have not yet completed resolving Plaintiffs' claim. The parties believe that additional time will resolve this issue.

4.      Therefore, the parties stipulate to extend the deadline to file a motion for costs of litigation (including attorneys' fees) for an additional 90 days, up to and including August 17, 2026.

Wherefore, the parties stipulate to and request that the Court enter an order extending the deadline for Plaintiffs to file a motion for costs of litigation to August 17, 2026.

Respectfully submitted,

Dated: May 19, 2026 _____

/s/ Benjamin Rankin _____
BENJAMIN T. RANKIN
Center for Biological Diversity

*Counsel for Plaintiffs*

Dated: May 19, 2026 _____

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

/s/ *David Mitchell* (with permission) _____
DAVID D. MITCHELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

*Counsel for Defendant*

**FILING ATTESTATION**

I attest that the signing counsel for Defendant concurs in filing this document.

Dated: May 19, 2026                    /s/ Benjamin Rankin
                                       BENJAMIN T. RANKIN
                                       Center for Biological Diversity

## ORDER

Under stipulation of the Parties and for good cause shown, the May 19, 2026, deadline for Plaintiffs to file a bill of costs and a motion for costs of litigation is hereby extended until August 17, 2026.

**IT IS SO ORDERED**.

HAYWOOD S. GILLIAM JR.
United States District Judge