# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH,

          Plaintiffs,

v.

LEE ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency,

          Defendant.

Case No. 4:25-cv-03143-HSG

**ORDER**

Based on the Defendant's unopposed motion to terminate the consent decree and dismiss case, the consent decree (Dkt. No. 35) is terminated and this case is dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: 6/5/2026

_____
HAYWOOD S. GILLIAM JR.
United States District Judge

1